

**Excolo Law, PLLC**
26700 Lahser Road, Suite 401
Southfield, Michigan 48033
866.9.EXCOLO (866.939.2656)

**Keith Altman**
Direct: 248.291.9705
E-mail: kaltman@lawampmmt.com
Of Counsel, Licensed in California

**VIA ECF AND REGULAR MAIL**  June 17, 2019

Hon. William H. Pauley III
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re: Gayle et al v Pfizer Inc., et al
      Case No. 19-cv-03451

Your Honor:

This office represents the plaintiffs in the above-referenced matter. I am writing to you to request an adjournment for the status conference that has been scheduled for June 26, 2019 at 12:00 p.m. This date poses a scheduling conflict as I am previously scheduled for an appearance and deposition in Bay City Michigan.

I will be in the state of New York on July 17th and am requesting the status conference be adjourned to this date. My office has spoken with the Defendants and they have graciously agreed and accepted this alternate date.

In light of the scheduling conflict the plaintiffs respectfully request that the court grant their request for the adjournment date.

Thank you for your consideration in this regard

      Regards,

      Keith L. Altman, Esq.

KA:mc