UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------
BARBARA GAYLE, *et al.*,

             Plaintiffs,

             -against-

PFIZER INC., *et al.*,

             Defendants.
-------------------------------------------------

19cv3451

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        This Court having reviewed the parties' joint status report dated August 7, 2019 (ECF No. 17), this Court adopts the following schedule:

1. Defendants shall file any motion for judgment on the pleadings by September 16, 2019. Plaintiffs shall file any opposition by October 16, 2019. Defendants shall file any reply by October 30, 2019. The parties shall appear for oral argument on December 13, 2019 at 3:00 p.m.

2. The parties shall serve initial disclosures by September 16, 2019.

In addition, the conference scheduled for August 14, 2019 is adjourned <u>sine die</u>.

Dated: August 13, 2019
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.