UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA GAYLE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER INC., *et al.* <br><br> Defendants. | Case No. 1:19-CV-03451 <br> W.H.P III, J. |

### PFIZER INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pfizer Inc., by and through counsel, hereby moves for judgment on the pleadings dismissing Plaintiffs' Complaint with prejudice for failure to state a claim for relief, pursuant to Federal Rule of Civil Procedure 12(c).

Dated: New York, New York.
September 16, 2019

Respectfully submitted,

By: /s/
Rachel Passaretti-Wu
Mark Cheffo
Mara Cusker Gonzalez
Lincoln Davis Wilson
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: (212) 698-3500
mark.cheffo@dechert.com
mara.cuskergonzalez@dechert.com
rachel.passaretti-wu@dechert.com
lincoln.wilson@dechert.com

*Attorneys for Defendant*
*Pfizer Inc.*