UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

BARBARA GAYLE, et al.,

                    Plaintiffs,          19 **CIVIL** 3451 (WHP)

        -against-                       **JUDGMENT**

PFIZER, INC., et al.,

                    Defendants.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated April 7, 2020, Pfizer's motion for judgment on the pleadings dismissing this action is granted and the case is dismissed with prejudice; accordingly, this case is closed.

**Dated:** New York, New York
         April 9, 2020

                                                 **RUBY J. KRAJICK**
                                             _____
                                                  **Clerk of Court**
         **BY:**
                                                  _____
                                                 **Deputy Clerk**